UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PASCAL OYOMBE MATENGO,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:12-cr-197

## VERDICT

This matter was tried to the Court without a jury. In accordance with the Court's findings of fact and conclusions of law stated on the record on today's date,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant is **GUILTY** of both Counts of the Superseding Indictment: (1) knowingly made a false statement that he was a citizen of the United States in violation of 18 U.S.C. § 1015(e), and (2) knowingly possessed and used a falsely made Social Security Account number card in violation of 18 U.S.C. § 1546(a).

Date: October 10, 2012

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge